*I. H. Palmer* and *Thomas E. Courtney* for appellants.

*Howard D. Newton* and *William H. Sullivan* for respondents.

Judgment affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.

---

JOSEPHINE A. BEACH, Respondent, *v.* ELIZABETH C. LARGE, Appellant, and PHOEBE E. SMITH, Respondent.

*Beach* v. *Large*, 134 App. Div. 988, appeal dismissed.
(Argued February 27, 1911; decided March 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 12, 1909, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action of partition.

*Edgar T. Brackett* and *A. J. Dillingham* for appellant.

*William H. Hollister, Jr.,* and *William W. Morrill* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

BERTRAM L. ALDRICH, Respondent, *v.* BORDEN'S CONDENSED MILK COMPANY, Appellant, Impleaded with Another.

*Aldrich* v. *Borden's Condensed Milk Co.*, 136 App. Div. 893, reversed.
(Argued February 28, 1911; decided March 14, 1911.)

APPEAL from a judgment entered December 18, 1909, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of